UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VIRGIL WAYNE BARLOW,

    Plaintiff,

v.                                          Case No. 3:20cv5805-LC-HTC

GRAHAM FOUNTAIN,
ERIC ESMOND,
SUSAN PRIDDY,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's failure to comply with the Court's order requiring Plaintiff to file an amended complaint and Plaintiff's failure to pay his partial initial filing fee. Given Plaintiff's failure to comply with this Court's prior orders and his failure to prosecute, the undersigned recommends this action be dismissed.

Plaintiff initiated this action by filing a complaint purporting to assert claims under 42 U.S.C. § 1983 against Defendants for various matters ranging from the grievance procedures at the Okaloosa County Jail to the Jail's procedures for protecting inmates from COVID-19. After screening the complaint pursuant to 28 U.S.C. § 1915, the undersigned instructed Plaintiff that his complaint failed to state

a claim for relief against the Defendants and gave Plaintiff an opportunity to file an amended complaint if he could do so in good faith. ECF Doc. 6. Although Plaintiff was given thirty (30) days to file an amended complaint, he has failed to do so. *Id.*

Also, in the September 28 order, the Court ordered Plaintiff to pay, within fourteen (14) days of the date of the order, an initial partial filing fee of $15.60, which represented 20% of his average monthly balances for the six months immediately preceding the filing of the complaint. ECF Doc. 5. On October 23, 2020, the Court gave Plaintiff an additional fourteen (14) days to show cause why this case should not be recommended for dismissal for failure to prosecute or comply with an order of the Court. The Court informed Plaintiff that it would discharge the show cause order if Plaintiff complied with the Court's September 28 order within the **fourteen (14) days** provided. Plaintiff has not responded in any way to the Court's September 29 or October 23 orders.

Accordingly, it is respectfully recommended:

1. That this case be dismissed for failure to prosecute and to comply with Court orders.

2. That the clerk be directed to close the file.

Done in Pensacola, Florida, this 7th day of December, 2020.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:20cv5805-LC-HTC

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:20cv5805-LC-HTC