UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


VIRGIL WAYNE BARLOW,

    Plaintiff,

v.                                                                                          Case No. 3:20cv5805-LC-HTC


OKALOOSA COUNTY COMMISSIONER GRAHAM FOUNTAIN,
CHIEF CORRECTIONAL OFFICER ERIC ESMOND,
CORIZON HEALTH CORE ADMINISTRATOR SUSAN PRIDDY,

    Defendants.

_____/

### **ORDER**

The magistrate judge issued a Report and Recommendation on December 7, 2020 (ECF No. 8).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.


Case No. 3:20cv5805-LC-HTC

Accordingly, it is **ORDERED**:

1.      The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2.      This case is DISMISSED for failure to prosecute and to comply with Court orders.

3.      The clerk of court is directed to close this case.

**DONE AND ORDERED** this 25th day of January, 2021.


   s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5805-LC-HTC